IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

ELECTRONICALLY FILED
12/05/2023
U.S. DISTRICT COURT
Northern District of WV

ABRAHAM LINC CORPORATION,
a West Virginia corporation,

Plaintiff,

v.

Civil Action No. 1:23-cv-98
Honorable Kleeh

SPINNAKER INSURANCE COMPANY,
an Illinois stock company; and,
COWBELL CYBER, INC.,
a Delaware corporation,

Defendants.

# NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendants Spinnaker Insurance Company ("Spinnaker") and Cowbell Cyber, Inc. ("Cowbell"), by and through their undersigned counsel, hereby remove this civil action pending in the Circuit Court of Harrison County, West Virginia, bearing Civil Action No. 23-C-247 (the "Insurance Coverage Action"), pursuant to 28 U.S.C §§ 1441 and 1446, as amended, and in accordance with 28 U.S.C. § 1332, as amended, on the following grounds:

1. In the Insurance Coverage Action, plaintiff Abraham Linc Corporation ("ALC") seeks a declaration that it is entitled to coverage under a commercial cyber policy issued by Spinnaker to ALC for a social engineering incident in which a fraudster tricked ALC into issuing payments to the fraudster's bank account. ALC also alleges causes of action for statutory and common law bad faith, reasonable expectations, constructive fraud, and vicarious liability. Spinnaker denied coverage for the claim because ALC did not comply with a condition precedent to coverage by following an established and documented verification procedure before issuing payment.

2. As more fully set forth below, this action is properly removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441 because the procedural requirements for removal are satisfied and because this is a civil action between citizens of different states in which the amount in controversy exceeds $75,000, exclusive of interest and costs.

**REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1332 AND 1441**

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action between citizens of different states, and the amount in controversy exceeds $75,000, exclusive of costs and interests. *See* Complaint, Ex. A.

**A. Diversity of Citizenship Exists Between the Parties**

**1. The Citizenship of Plaintiff**

(a) ALC is a West Virginia corporation with its principal place of business in Bridgeport, West Virginia. *See* Complaint, Ex. A. *See* 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business.").

**2. The Citizenship of the Defendant and the Nominal Defendants**

(a) Neither Spinnaker nor Cowbell are citizens of West Virginia.

(b) Spinnaker is an Illinois corporation engaged in the insurance business with a principal place of business at 1 Pluckemin Way, Suite 102, Bedminister, NJ 07921. Accordingly, Spinnaker is a Citizen of Illinois and New Jersey. *See* 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business.").

(c) Although the Complaint identifies Spinnaker's agent for service of process, the Corporation Service Company, as having an address at 209 Washington Street, Charleston,

West Virginia, that is irrelevant to determining Spinnaker's citizenship. *See Duzer Realty Corp. v. U.S. Underwriters Ins. Co.*, 2012 U.S. Dist. LEXIS 97032 (E.D.N.Y. July 6, 2012) ("Where and by what means a party accepts service of process has no bearing on its citizenship"); *Roe v. CitiMortgage, Inc.*, 2011 U.S. Dist. LEXIS 66979 (C.D. Ca. June 22, 2011) ("The location of Litton's registered agent, however, is irrelevant in determining Litton's citizenship.")

(d) Cowbell is a Delaware corporation with a principal place of business at 6800 Koll Center Parkway, Pleasanton, California. Accordingly, Cowbell is a citizen of Delaware and California. 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business.").

(e) Accordingly, this Court has diversity jurisdiction under 28 U.S.C. § 1332 because complete diversity of citizenship exists.

**B. The Amount in Controversy Requirements is Satisfied**

1. In its Complaint, ALC seeks a declaration that Spinnaker is obligated to provide coverage to it for losses, which exceed $100,000, under the Social Engineering Endorsement in the Spinnaker Policy, which has a limit of $100,000. ALC also seeks damages for Spinnaker's and Cowbell's alleged breach of the duty of good faith and fair dealing and under alternative causes of action. *See* Complaint, Ex. A.

2. On November 7, 2023, Plaintiff filed an Amended Complaint. In addition the causes of action set forth in the Complaint, the Amended Complaint seeks a declaration that Spinnaker is obligated to provide coverage under the Computer and Funds Transfer Fraud grant, which has a limit of $2,000,000. *See* Amended Complaint, Ex. F.

3. Therefore, upon information and belief, the amount in controversy exceeds the sum or value of $75,000 exclusive of interest, fees, and costs. *See* Complaint, Ex. A, Amended Complaint, Ex. F.

**C. Removal is Timely**

1. Spinnaker was served with the Complaint on November 6, 2023. *See* Ex. B. Removal is timely under 28 U.S.C. § 1446(b) because this notice was filed within 30-days after receipt by Spinnaker, through service of a copy of the Summons and Complaint.

2. Cowbell was served with the Complaint on November 6, 2023. *See* Ex. C. Removal is timely under 28 U.S.C. § 1446(b) because this notice was filed within 30-days after receipt by Cowbell through service of a copy of the Summons and Complaint.

3. The United States District Court for the Northern District of West Virginia embraces the locality in which the Insurance Coverage Action is now pending and, thus, this Court is a proper forum for this action pursuant to 28 U.S.C. § 1441(a).

**D. Venue and Other Requirements are Satisfied**

1. The United States District Court for the Northern District of West Virginia includes Harrison County, the County in which the Action is now pending. Therefore, venue is proper because the Northern District of West Virginia is the "district and division embracing the place where such action is pending." See 28 U.S.C. § 1441(a).

2. As required by 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be given to Plaintiff and to the Clerk of the Circuit Court of Harrison County, West Virginia, a copy of which is attached hereto as Ex. D.

3. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Spinnaker in the state court action are attached hereto as Ex. A.

4. The Clerk of the Circuit Court of Harrison County, West Virginia, has been requested to submit a true and correct copy of the entire state court record to this Court for filing. A copy of the current circuit court docket sheet is attached hereto as Ex. E.

5. No admission of law or fact is intended by the filing of this Notice of Removal, and all defenses, affirmative defenses and motions are hereby preserved.

6. The right to supplement this Notice of Removal or to present additional arguments in support of entitlement to remove and in support of this Court's jurisdiction is hereby reserved.

**WHEREFORE**, Defendants Spinnaker and Cowbell respectfully remove this action from the Circuit Court of Harrison County, West Virginia, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Should any question arise as to this removal, the removing defendants respectfully request an opportunity to provide briefing and an oral argument as to why removal is proper.

Dated the 5th day of December, 2023.

**Defendants,**
**SPINNAKER INSURANCE COMPANY and COWBELL CYBER, INC.,**
**By Counsel:**

/s/ Debra Tedeschi Varner

Debra Tedeschi Varner (WV State Bar #6501)
James A. Varner, Sr. (WV State Bar #3853)

Varner & Van Volkenburg, PLLC
360 Washington Avenue
Clarksburg, WV 26301
Tel: (304) 918-2840 / Fax: (304) 362-0124

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

ABRAHAM LINC CORPORATION,
a West Virginia corporation,

Plaintiff,

v.

Civil Action No. 1:23-cv-98
Honorable Kleeh

SPINNAKER INSURANCE COMPANY,
an Illinois stock company; and,
COWBELL CYBER, INC.,
a Delaware corporation,

Defendants.

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2023, I served the foregoing ***NOTICE OF REMOVAL*** upon counsel of record via one or more of the following methods: (1) electronic notification through the Court's E-File system; and/or (2) facsimile, and/or (3) depositing a true copy in the United States Mail, postage prepaid, in an envelope addressed as follows:

Frank E. Simmerman, Jr., Esquire
Chad L. Taylor, Esquire
Frank E. Simmerman, III, Esquire
Simmerman Law Office PLLC
254 East Main Street
Clarksburg, WV 26301
***Fax: (304) 623-4906***
*Counsel for Plaintiff*

/s/ Debra Tedeschi Varner