IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

ABRAHAM LINC CORPORATION,
a West Virginia corporation,

Plaintiff,

v.

Civil Action No. 1:23-CV-00098
Honorable Thomas S. Kleeh

SPINNAKER INSURANCE COMPANY,
an Illinois stock company; and,
COWBELL CYBER, INC.,
a Delaware corporation,

Defendants.

# MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 26(c), Defendants Spinnaker Insurance Company ("Spinnaker") and Cowbell Cyber, Inc. ("Cowbell") (collectively, "Defendants"), by and through their undersigned counsel, hereby move the Court for an Order staying discovery in this matter pending resolution of Defendants' Motion to Dismiss (ECF No. 9).

The reasons and authorities in support of the Motion are more fully set forth in the Memorandum of Law filed contemporaneously herewith.

WHEREFORE, for the reasons set forth in the Memorandum of Law in support hereof, the Defendants respectfully request that this Honorable Court enter an Order granting the Defendants' Motion to Stay Discovery Pending Resolution of the Motion to Dismiss.

Respectfully submitted the 12th day of January, 2024.

**Defendants,**
**SPINNAKER INSURANCE COMPANY and COWBELL CYBER, INC.,**
**By Counsel:**

/s/ Debra Tedeschi Varner

Debra Tedeschi Varner (WV State Bar #6501)
James A. Varner, Sr. (WV State Bar #3853)
Varner & Van Volkenburg, PLLC
360 Washington Avenue
Clarksburg, WV 26301
Tel: (304) 918-2840 / Fax: (304) 362-0124

Gabriel E. Darwick (*pro hac vice* application pending)
Coughlin Midlige & Garland LLP
88 Pine Street, 28th Floor
New York, NY 10005
Tel: (212) 483-0105 / Fax: (212) 480-3899

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

ABRAHAM LINC CORPORATION,
a West Virginia corporation,

Plaintiff,

v.

Civil Action No. 1:23-CV-00098
Honorable Thomas S. Kleeh

SPINNAKER INSURANCE COMPANY,
an Illinois stock company; and,
COWBELL CYBER, INC.,
a Delaware corporation,

Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2024, I served the foregoing ***MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS*** upon counsel of record via one or more of the following methods: (1) electronic notification through the Court's E-File system; and/or (2) facsimile, and/or (3) depositing a true copy in the United States Mail, postage prepaid, in an envelope addressed as follows:

Frank E. Simmerman, Jr., Esquire
Chad L. Taylor, Esquire
Frank E. Simmerman, III, Esquire
Simmerman Law Office PLLC
254 East Main Street
Clarksburg, WV 26301
***Fax: (304) 623-4906***
*Counsel for Plaintiff*

/s/ Debra Tedeschi Varner