**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

ABRAHAM LINC CORPORATION,
a West Virginia corporation,

Plaintiff,

v. Civil Action No. 1:23-CV-00098
Honorable Thomas S. Kleeh

SPINNAKER INSURANCE COMPANY,
an Illinois stock company; and,
COWBELL CYBER, INC.,
a Delaware corporation,

Defendants.

---

**PLAINTIFF'S MOTION TO COMPEL re: FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS SPINNAKER INSURANCE COMPANY AND COWBELL CYBER, INC.**

---

Pursuant to *Rule 37(a) of the Federal Rules of Civil Procedure*, Plaintiff Abraham Linc Corporation hereby moves this Court for an Order compelling Defendants Spinnaker Insurance Company and Cowbell Cyber, Inc. to respond fully to certain of Plaintiff's First Set of Requests for Production and to produce all information/documents responsive thereto.

WHEREFORE, for the reasons set forth in the accompanying Memorandum, Abraham Linc Corporation respectfully requests that the Court grant this Motion and enter an order compelling Defendants Spinnaker Insurance Company and Cowbell Cyber, Inc. to produce forthwith all of the information, documents and communications in its possession responsive to the discovery requests in question.

A Rule 37(a)(1) Certification is also included herein.

Simmerman Law Office, PLLC
254 E Main St.
Clarksburg, WV 26301

**RULE 37(a)(1) CERTIFICATION**

I hereby certify that the movant, in good faith, conferred with counsel for Defendants Spinnaker Insurance Company and Cowbell Cyber, Inc. on March 22, 2024, in an effort to secure the documents sought in the foregoing Motion without court action.[1]

Dated: March 25, 2024.

Respectfully submitted,

By:*/s/ Frank E. Simmerman, III*
Frank E. Simmerman, Jr. (W. Va. Bar #3403)
Chad L. Taylor (W. Va. Bar #10564)
Frank E. Simmerman, III (W. Va. Bar #11589)
SIMMERMAN LAW OFFICE, PLLC
254 East Main Street
Clarksburg, WV 26301
Telephone: (304) 623-4900

[1] As a result of the meet and confer process certain requests for production were limited in temporal scope and/or discussed within the framework of supplemental responses being provided by the Defendants, specifically in relation to Request for Production Nos. 15, 18, 19, 21, and 22 progress was made at the meet and confer session convened March 22, 2024. That being said, a substantial dispute, as evidenced in the attached Memorandum, remains in relation to the scope of discovery and discovery obligations placed upon the Defendants by the Federal Rules of Civil Procedure, thus the present Motion.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

ABRAHAM LINC CORPORATION,
a West Virginia corporation,

Plaintiff,

v.

Civil Action No. 1:23-CV-00098
Honorable Thomas S. Kleeh

SPINNAKER INSURANCE COMPANY,
an Illinois stock company; and,
COWBELL CYBER, INC.,
a Delaware corporation,

Defendants.

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on the 25th day of March, 2024, I electronically filed the foregoing "**PLAINTIFF'S MOTION TO COMPEL re: FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS SPINNAKER INSURANCE COMPANY AND COWBELL CYBER, INC.**" with the Clerk of the Court using the CM/ECF System, which will send/serve notification of such filing to the following:

| | |
|---|---|
| Debra Tedeschi Varner (WV State Bar #6501)<br>James A. Varner, Sr. (WV State Bar #3853)<br>Varner & Van Volkenburg, PLLC<br>360 Washington Avenue<br>Clarksburg, WV 26301<br>Tel: (304) 918-2840/Fax: (304) 362-0124<br>***Counsel for Defendants*** | |

*/s/ Frank E. Simmerman, III*
Frank E. Simmerman, III (W. Va. Bar #11589)
Counsel for the Plaintiff

Simmerman Law Office, PLLC
254 E Main St.
Clarksburg, WV 26301