IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

ABRAHAM LINC CORPORATION,
a West Virginia corporation,

        Plaintiff,

v.          Civil Action No. 1:23-CV-00098
        Honorable Thomas S. Kleeh

SPINNAKER INSURANCE COMPANY,
an Illinois stock company; and,
COWBELL CYBER, INC.,
a Delaware corporation,

        Defendants.

## AGREED DISMISSAL ORDER

COME NOW the Plaintiff, Abraham Linc Corporation, and the Defendants, Spinnaker Insurance Company ("Spinnaker") and Cowbell Cyber, Inc. ("Cowbell") (collectively, the "Defendants"), by and through their respective counsel, and represented to the Court that all matters that are or could have been raised and disputed in this civil action have been fully resolved and adjudicated. Therefore, these parties jointly moved that any and all claims that have been or could have been asserted in this civil action be dismissed, with prejudice.

The parties being in agreement, and it appearing proper to do so, it is accordingly **ORDERED** that any and all claims that have been or could have been asserted herein shall be and are hereby **DISMISSED, WITH PREJUDICE**, as to Spinnaker and Cowbell, with the parties to bear their own costs and expenses. The Court further finds that there are no remaining issues or claims left necessary for resolution, and hereby **DISMISSES** this civil action from the Court's docket **WITH PREJUDICE**. This action is thus **STRICKEN** from the Court's active docket and any hearings, deadlines, or pending motions are hereby **TERMINATED**.

ENTER: October 3, 2024

*/s/ Tom S. Kleeh*

Thomas S. Kleeh, Chief Judge
Northern District of West Virginia

| | |
|---|---|
| */s/ Debra Tedeschi Varner* | */s/ Frank E. Simmerman, III* |
| Debra Tedeschi Varner (WV State Bar #6501)  dtvarner@vv-wvlaw.com | Frank E. Simmerman, Jr. (WV State Bar #3403)  fes@simmermanlaw.com |
| James A. Varner, Sr. (WV State Bar #3853)  javarner@vv-wvlaw.com | Chad L. Taylor (WV State Bar #10564)  clt@simmermanlaw.com |
| Varner & Van Volkenburg, PLLC | Frank E. Simmerman, III (WV State Bar #11589)  trey@simmermanlaw.com |
| 360 Washington Avenue | Simmerman Law Office PLLC |
| Clarksburg, WV 26301 | 254 East Main Street |
| Tel: (304) 918-2840 / Fax: (304) 362-0124 | Clarksburg, WV 26301 |
| *-- and --* | Tel: (304) 623-4900 / Fax (304) 623-4906 |
| Gabriel E. Darwick (admitted *pro hac vice*)  darwickg@whiteandwilliams.com | ***Counsel for Plaintiff*** |
| White & Williams, LLP | |
| One Gateway Center, Suite 910 | |
| Newark, NJ 07102 | |
| Tel: (201) 368-7228 / Fax (973) 718-4352 | |
| ***Counsel for Defendants*** | |

*AGREED DISMISSAL ORDER*
*Abraham Linc Corporation v. Spinnaker Insurance Company, et al.*
U.S.D.C., N.D.W.Va. (Clarksburg) -- Civil Action No. 1:23-CV-00098

2